RECEIVED
USDC CLERK, FLORENCE, SC

2022 JUN -1  PM 4: 15

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Jerry King

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Honda Trading
People Ready Temp Agency
Jessica Roark & Maureen in HR

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:    ☑ Yes   ☐ No
                *(check one)*

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Jerry King
- Street Address: 912 Harmony Street
- City and County: Florence
- State and Zip Code: S.C. 29501
- Telephone Number: 843-536-5850 / 843-616-1317

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
- Name: Honda Trading
- Job or Title (if known):
- Street Address: 710 Honda Way
- City and County: Timmonsville, SC 29161
- State and Zip Code: S.C. 29161
- Telephone Number: 843-346-8000

Defendant No. 2
- Name: People Ready Temp Agency
- Job or Title (if known): Jessick Roark, HR; Maureen ?
- Street Address: 2143 Hoffmeyer Road, Suite A
- City and County: Florence
- State and Zip Code: S.C. 29501
- Telephone Number: 843-665-8204

Defendant No. 3
- Name: People Ready Temp Agency

2

Job or Title (if known) _Maureen, HR_
Street Address _2143 Hoffmeyer Road, Suite A_
City and County _Florence_
State and Zip Code _S.C., 29501_
Telephone Number _843-665-8204_

Defendant No. 4

Name _____
Job or Title (if known) _____
Street Address _____
City and County _____
State and Zip Code _____
Telephone Number _____

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_Case is being filed under Federal Question Jurisdiction which requires a subject-Matter giving the Federal Courts the power to hear civic cases because the defendants violated my civil Rights according to the Constitution, Federal Laws and a treaty to which the U.S. is a party. I need my rights protected by Court_

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

    b. If the defendant is a corporation

    The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

$100,000 is plaintiff claims from all defendants due to pain, Suffering, mental anguish, Loss of income, home, automobile, embarrassment, Life disruption, Counseling, ETC.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I was sent to Honda for employment by People Ready Temp Agency. All of my credentials passed the test as a qualified candidate for hire. I was never written up for any Negative behavior. A white female was allowed to discriminate against me and never reprimanded. Honda and People Ready refused to hear my complaint and the witnesses and decided to terminate me and violated my rights according to Human Affairs and EEOC.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Terminated by Honda and People Ready on a lie they made up. Violated my rights as a citizen of the U.S. Constitution by discriminating against me when a white field called me a "Niggar" and was never diciplined. I am hurting, in counseling, lossed everything with no income and want compensation for: discrimination, loss of income, mental anguish, pain and suffering, embarassment, punitive damages, etc.

5

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5-15-2022 (JK)

Signature of Plaintiff: *Jerry King*
Printed Name of Plaintiff: Jerry King

B. **For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney        _____
Printed Name of Attorney     _____
Bar Number                   _____
Name of Law Firm             _____
Address                      _____
Telephone Number             _____
E-mail Address               _____

6